**NOVA CHEMICALS CORPORATION (CANADA), Nova Chemicals Inc. (Delaware), Plaintiffs–Appellants**

v.

**DOW CHEMICAL COMPANY, Defendant–Appellee.**

No. 2015–1257.

United States Court of Appeals, Federal Circuit.

June 9, 2015.

Donald Robert Dunner, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiffs-appellants. Also represented by Mark J. Feldstein, Darrel Christopher Karl.

Harry J. Roper, Jenner & Block LLP, Chicago, IL, argued for defendant-appellee. Also represented by Aaron A. Barlow, Paul David Margolis, Anton R. Va-

lukas; William Adams, Raymond N. Nimrod, Kathleen M. Sullivan, Cleland B. Welton, II, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY.

PROST, Chief Judge, DYK and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**